**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SABRINA ELIZABETH HEAD,

    Plaintiff,

v.                                              Case No.  3:18-cv-1322-J-20MCR

STATE OF FLORIDA,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on the Court's Order dated April 2, 2019 (Doc. 7).

On November 8, 2018, Plaintiff filed a *pro se* Complaint and an application to proceed in forma pauperis.  (Docs. 1 & 2.)  On March 4, 2019 the Court entered an Order denying the application without prejudice subject to Plaintiff filing an amended complaint in compliance with the Order no later than March 29,

---

[1] "Within 14 days after being served with a copy of [a report and recommendation on a dispositive motion], a party may serve and file specific written objections to the proposed findings and recommendations."  Fed.R.Civ.P. 72(b)(2).  "A party may respond to another party's objections within 14 days after being served with a copy."  *Id.*  A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made.  *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; M.D. Fla. R. 6.02.

2019.  (*See* Doc. 6.)  When Plaintiff failed to file an amended complaint by the deadline, the Court entered an Order directing Plaintiff to show cause in writing why the undersigned should not recommend to the District Judge that the case be dismissed for want of prosecution and for failure to comply with the Court's Orders.  (Doc. 7.)  Plaintiff was again warned that "[f]ailure to comply with this Order will likely result in a recommendation to the District Judge that this case be dismissed for lack of subject matter jurisdiction and/or want of prosecution."  (*Id.* at 2.)

To date, Plaintiff has not filed an amended complaint, has not filed a response to the Order to Show Cause, has not sought an extension of time to comply with the Court's Orders, and has not paid the filing fee.  Thus, despite being given an opportunity to cure the deficiencies in her Complaint, Plaintiff has failed to do so.  Therefore, the undersigned recommends that Plaintiff's Complaint be dismissed for failure to state a claim on which relief may be granted, lack of jurisdiction, and/or lack of prosecution.  *See* 28 U.S.C. § 1915(e)(2)(B)(ii); Fed.R.Civ.P. 12(h)(3); M.D. Fla. R. 3.10(a).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice**, and the Clerk of Court be directed to terminate any pending motions and close the file.

**DONE and ENTERED** in Jacksonville, Florida, on August 8, 2019.

                                              MONTE C. RICHARDSON
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

*Pro se* Plaintiff