UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SABRINA ELIZABETH HEAD,

    **Plaintiff,**

v.                                                     Case No. 3:18-cv-1322-J-20MCR

STATE OF FLORIDA,

    **Defendants**

_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered August 8, 2019, that recommends this case be dismissed without prejudice. (Dkt 8).

Plaintiff Sabrina Elizabeth Head filed a *pro se* Complaint and an application to proceed in forma pauperis. (Dkts 1 & 2, respectively). United States Magistrate Judge Monte C. Richardson denied Plaintiff's application without prejudice and ordered Plaintiff to file an amended complaint no later than March 29, 2019. (Dkt 6). Plaintiff did not file an amended complaint. Judge Richardson ordered Plaintiff to show cause why the case should not be recommended for dismissal for want of prosecution and failure to comply with court orders. (Dkt. 7).

Plaintiff never responded to Judge Richardson's Orders, paid the filing fee, or sought an extension of time to comply with Court Orders. Accordingly, Judge Richardson recommends the case be dismissed for failure to state claim upon which relief can be granted, lack of jurisdiction, and/or lack of prosecution.

No objections were filed to the Report and Recommendation as required.[1] After an

---

[1] *See* footnote 1 of the Report and Recommendation. (Dkt. 8).

independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 8) is **ADOPTED**;

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

4. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 28t͟h͟ day of August, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Sabrina Elizabeth Head, *Pro se*
 5959 Fort Caroline Road
 Apartment 2004
 Jacksonville, Florida 32277